UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HERMAN HAISMA,

                    Plaintiff,                    Case no. 12-12223

v.

                                                  HON. JOHN CORBETT O'MEARA.

CORIZON HEALTH, INC., *et al.*,

                    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Michael Hluchaniuk's March 20, 2013 Report and

Recommendation.  No objections were filed by the parties.  The court having thoroughly

reviewed the pleadings, and being fully advised;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED.


                              s/John Corbett O'Meara
                              United States District Judge

Date:  May 29, 2013


I hereby certify that a copy of the foregoing document was served upon the parties of
record on this date, May 29, 2013, using the ECF system and/or ordinary mail.


                              s/William Barkholz
                              Case Manager